DMJ:LTG
F# 2008R01648

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

LONNIE STEVANS,

            Defendant.

- - - - - - - - - - - - - - - - - X

M I S D E M E A N O R
I N F O R M A T I O N

Cr. No._____
(T. 29, U.S.C., § 439(b);
T. 18, U.S.C., §§ 3551
et seq.)

CR 10 823
WALL, M.J.

*OCT 27 2010*
LONG ISLAND OFFICE

THE UNITED STATES ATTORNEY CHARGES:

<u>FILING A FALSE LABOR ORGANIZATION ANNUAL REPORT</u>

    On or about March 20, 2008, within the Eastern District of New York, the defendant LONNIE STEVANS did knowingly and willfully make false statements and representations of material facts, knowing them to be false, and fail to disclose material facts, in a document, report and other information required by Subchapter III of Chapter 11, Title 29, United States Code, to wit: STEVANS, as Secretary-Treasurer of the Hofstra University Chapter of the American Association of University Professors (AAUP), signed and certified the 2007 Form LM-2 Labor Organization Annual Report knowing that the form failed to disclose monetary disbursements made to STEVANS by the AAUP.

    (Title 29, United States Code, Section 439(b); Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

                                   _____
                                   LORETTA E. LYNCH
                                   UNITED STATES ATTORNEY
                                   EASTERN DISTRICT OF NEW YORK

No. 2008R01648

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

LONNIE STEVANS

Defendant.

## INFORMATION

T. 29, U.S.C., §§ 439 (b) ; T. 18, U.S.C. §§ 3551 et seq.

_A true bill._

_____
_Foreman_

_Filed in open court this _____ day,_

_of _____ A.D. 19 _____ _

_____
_Clerk_

_Bail, $_____

LARA TREINIS GATZ, (631) 715-7913

FORM DBD-34
JUN. 85